IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| DERRELL DICKERSON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| -*vs*- | ) | No. 4:13-cv-04003 |
| | ) | |
| ROCK ISLAND POLICE | ) | *(Magistrate Judge Hawley)* |
| OFFICER IBRAHIM RAMIREZ, | ) | |
| SHERIFF OF ROCK ISLAND | ) | |
| COUNTY, and COUNTY OF | ) | |
| ROCK ISLAND, | ) | |
| *Defendants.* | ) | |

## STATUS REPORT ON SETTLEMENT

Plaintiff, by counsel, submits the following status report on the settlement agreement between plaintiff and the Sheriff of Rock Island County:

1. Plaintiff has on several occasions assured his counsel that he will sign the settlement agreement with the Sheriff of Rock Island County.

2. On July 23, 2014, plaintiff informed counsel that he had not received the settlement agreement; counsel mailed another copy of the settlement agreement to plaintiff that day.

3. Counsel has not yet received the signed settlement agreement. Counsel unsuccessfully sought to reach plaintiff by telephone

on July 31, 2014 to learn if plaintiff had received and returned the settlement agreement.

4. Counsel seeks leave to file a supplemental status report on August 7, 2014.

/s/ <u>Kenneth N. Flaxman</u>
Kenneth N. Flaxman
ARDC 0830399
200 South Michigan Ave Ste 201
Chicago, Illinois 60604
(312) 427-3200
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Heidi J. Weller, ASA, Civil Division, 210 15th Street, 4th Floor, Rock Island, IL 61201 and David G. Morrison, 1515 4th Avenue, Suite 301, Rock Island, IL 60201. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ <u>Kenneth N. Flaxman</u>
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 201
Chicago, Illinois 60604
(312) 427-3200
*attorney for plaintiff*