IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| DERRELL DICKERSON, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -vs- | ) | No. 13-4003 |
| | ) | |
| RAMIREZ IBRAHIM, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

## MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW

Pursuant to Rule 1.16(a)(4) of the Illinois Rules of Professional Conduct, as adopted by this Court in Local Rule 83.6(D), the undersigned respectfully requests leave to withdraw as attorney for plaintiff.

As grounds for this motion, counsel states that plaintiff discharged counsel during a telephone conversation on August 7, 2014..

/s/  Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 0830399
200 South Michigan Avenue
Suite 201
Chicago, Illinois 60604
(312) 427-3200

*retiring attorney for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Heidi J. Weller, ASA, Civil Division, 210 15th Street, 4th Floor, Rock Island, IL 61201 and David G. Morrison, 1515 4th Avenue, Suite 301, Rock Island, IL 60201. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Derrell Dickerson, 718 11th Avenue, Rock Island, IL 61201-2322.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 201
Chicago, Illinois 60604
(312) 427-3200
*an attorney for plaintiff*