E-FILED
Tuesday, 31 May, 2016 03:59:51 PM
Clerk, U.S. District Court, ILCD

4:13-CV-04003-JEH

I want to have Albert Francis Hofeld, III Removed from my case, because he mislead me. I didn't want to take this plea. I owe medicare and medicade $27,000. Now I owe $7,000 thats all I was Reciving on this case. I No longer want to have him Represent me anymore on this case.

5/31/2016
Darrell D. Dickerso

*Darrell D Dickerson* (signature)