## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Illinois_ } ss.

County of _Rock Island_

On this the _15th_ day of _June_ , _2016_ , before me,

_Amanda Betcher_ , the undersigned Notary Public,
*Name of Notary Public*

personally appeared _Darrell Dickerson_ ,
*Name(s) of Signer(s)*

> OFFICIAL SEAL
> AMANDA BETCHER
> Notary Public - State of Illinois
> My Commission Expires Feb 6, 2018

☐ personally known to me – **OR** –

☐ proved to me on the basis of satisfactory
evidence

to be the person(s) whose name(s) is/are subscribed
to the within instrument, and acknowledged to me
that he/she/they executed the same for the purposes
therein stated.

WITNESS my hand and official seal.

_Amanda Betcher_
*Signature of Notary Public*

_Feb 6th 2019_

This certificate is attached to the
document title 4:13-CV-04003-JEH.
Signed by Darrell Dickerson signed
on 06/15/2016.

*Place Notary Seal/Stamp Above*

*Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)*

——————————— OPTIONAL ———————————

*Not required by law, this information can be useful to those relying on the document and prevent fraud.*

**Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

4:13-CV-04003-JEH

FILED
MAY 3 1 2016
U.S. CLERKS OFFICE
ROCK ISLAND, ILLINOIS

I want to have Albert Francis Hofeld, III Removed from my case, because he misled me. I didn't want to take this plea. I owe medicare and medicaid $27,000. Now I owe $7,000 thats all I was Reciving on this case. I No longer want to have him Represent me anymore on this case.

5/31/2016

Darrell D. Dickerso

Darrell D Dickerson

Darrell D Dickerson

Darrell D Dickerson

Jun-15-16

# INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Illinois_ } ss.

County of _Rock Island_

On this the _15th_ day of _June_ , _2016_ , before me,

_Amanda Betcher_ , the undersigned Notary Public,
*Name of Notary Public*

personally appeared _Darnell Dickerson_ ,
*Name(s) of Signer(s)*

☐ personally known to me – **OR** –

☒ proved to me on the basis of satisfactory
evidence

to be the person(s) whose name(s) is/are subscribed
to the within instrument, and acknowledged to me
that he/she/they executed the same for the purposes
therein stated.

WITNESS my hand and official seal.

_Amanda Betcher_
*Signature of Notary Public*

_Feb 6th 2018_

This certificate is attached to the
handwritten document with Darnell Dickerson
wanting Al Hotard fired signed
06-15-16 signed by Darnell Dickerson

*Place Notary Seal/Stamp Above*

*Any Other Required Information*
*(Printed Name of Notary, Expiration Date, etc.)*

**OFFICIAL SEAL**
**AMANDA BETCHER**
Notary Public - State of Illinois
My Commission Expires Feb 6, 2018

─── OPTIONAL ───

*Not required by law, this information can be useful to those relying on the document and prevent fraud.*

**Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #15936

Jan - 15 - 16

~~I Darrell Dicker~~

Darrell D Dickerson
Jan - 15 -16

bied AL HIOFELD

Low 1525 E IL 60637

773 - 241 - 5844

773 - 241 5844

Becuse mess

led me

I don't what

hen keeln

laby Bel

He is frum

He don't work

from deller Dicken

# INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Illinois_ } ss.

County of _Rock Island_

On this the _18th_ day of _June_ , _2016_ , before me,
Day         Month        Year

_Amanda Betcher_ , the undersigned Notary Public,
Name of Notary Public

personally appeared _Darrell Dickerson_ ,
Name(s) of Signer(s)

☐ personally known to me – **OR** –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

**OFFICIAL SEAL**
**AMANDA BETCHER**
Notary Public - State of Illinois
My Commission Expires Feb 6, 2018

_Amanda Betcher_
Signature of Notary Public

_feb 6th 2018_

This certificate is attached to the Tx failure notice signed and dated by Darrell Dickerson 06/15/16.

Place Notary Seal/Stamp Above

Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

————————————— *OPTIONAL* —————————————

*Not required by law, this information can be useful to those relying on the document and prevent fraud.*

**Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #15936

MEMORY TRANSMISSION REPORT

TIME        :05-26-2016 14:26
FAX NO.1    :3097322931
NAME        :CITY OF RI MLK

FILE NO.        : 488
DATE            : 05.26 14:25
TO              :☎ 97732415845
DOCUMENT PAGES  : 2
START TIME      : 05.26 14:25
END TIME        : 05.26 14:26
PAGES SENT      : 0
STATUS          :    0050

***TX FAILURE NOTICE***

Albert Hofeld FAX — 773 — 241 — 5845
5 — 26 — 16 — 13 — 4003 — FILED

MAY 2 6 2016
U.S. CLERK OFFICE
ROCK ISLAND, ILLINOIS

Darrell Dickerson
I what to with drow
Setterm agreement

Ranwas I Brain
Rock - poeln affier

I haveing Beff ~~~~~~ with
cosolu drees coslle
from this I wos
miss led in this
case — abote the
~~~~~ B'4 am
Darrell Dicher
Jun — 15 — 16

Please see individual Acknowledgment

certificate of service

I I I letter

copy in more